THEODORE D. REED, Respondent, v. EDITH FLOYD JONES, Appellant.— Order of the County Court of Nassau county, denying defendant's motion for judgment on the pleadings and for summary judgment, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.

SAMUEL SCHWARTZ, Appellant, v. DANIEL KRAFT, HARRY KELLY and EDWARD M. KELLY, Respondents.— While riding as a guest passenger in an automobile, the plaintiff, then an infant, sustained personal injuries resulting from a collision between the automobile and wooden horses surrounding an excavation in the highway under repair. The record indicates that there were no lights or warning signs on the obstruction, and that the driver was negligent. In this action to recover damages the trial justice dismissed the complaint at the end of the plaintiff's case on the ground that plaintiff was guilty of contributory negligence. Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. As the record stands, the question of plaintiff's contributory negligence was one of fact that should have been submitted to the jury. ( Nelson v. Nygren, 259 N. Y. 71, 75, 76.) Hagarty, Davis, Adel, Taylor and Close, JJ., concur.

CLARENCE J. SEATON, Respondent, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF HAVERSTRAW, Appellant.— Order striking out paragraphs VIII and IX of the defendant's answer reversed on the law, with ten dollars costs and disbursements, and motion to strike out denied, with ten dollars costs. The allegation that the claim was " duly audited and allowed " is sufficient in a pleading. A pleader is not required to set forth the evidence by which the material facts he alleges are to be proved, but it is sufficient if he make a plain and concise statement of those facts showing their legal effect. Hagarty, Davis, Adel, Taylor and Close, JJ., concur.

MAX J. TABACHNICK, Respondent, v. YETTA SALTZ TABACHNICK, Appellant.— In an action for a divorce, order setting aside the verdict in favor of defendant and granting a new trial unanimously affirmed, without costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

TRUESDALE LAKE CLUB, JOHN W. HOOPER, THEODORE J. KOENIG and J. HOWARD BOGARDUS, Appellants, v. TRUESDALE LAKE CORPORATION, Respondent. — Order granting defendant's motion to dismiss the amended complaint as to the plaintiff Truesdale Lake Club, and requiring the individual plaintiffs to state separately and number their respective causes of action, affirmed, with ten dollars costs and disbursements; amended complaint to be served within ten days from the entry of the order hereon. No opinion. Hagarty, Davis, Adel, Taylor and Close, JJ., concur.

ANTHONY VISUSIL, Respondent, v. W. T. GRANT Co., Appellant.—Action brought in the County Court of Nassau county for damages for breach of an implied warranty that candy purchased from appellant by respondent, through the agency of the latter's wife, was fit for consumption as food. Plaintiff recovered judgment for his damages for the breach. From that judgment defendant appeals. Judgment in favor of plaintiff unanimously affirmed, with costs. (Ryan v. Progressive Grocery Stores, 255 N. Y. 388, 390.) Present — Hagarty, Davis, Adel, Taylor and Close, JJ.